NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEXOS MEDIA IP, LLC,**
*Plaintiff-Appellant*

**v.**

**EBAY, INC.,**
*Defendant-Appellee*

---

2024-1852

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-06314-RFL, Judge Rita F. Lin.

---

**ON MOTION**

---

Before LOURIE, HUGHES, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Due to settlement, Lexos Media IP, LLC moves unopposed to dismiss this appeal as moot and to vacate the district court's underlying judgment and order.  Alternatively, Lexos Media moves to remand this appeal with instructions that the district court consider a motion to vacate.

2                                        LEXOS MEDIA IP, LLC v. EBAY, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is remanded.  In granting the motion, this court takes no position as to whether the district court should grant vacatur.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 11, 2024
         Date

cc:  United States District Court for the Northern District of California